UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL LEE,<br><br>                      Plaintiff,<br><br>    v.<br><br>RICHARD GOLASZEWSKI and STEPHEN SWENTZEL,<br><br>                      Defendants. | **NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332(a)(1), 1441 and 1446, defendants Richard Golaszewski and Stephen Swentzel ("Defendants"), hereby remove this action from the Superior Court of Connecticut, Stamford-Norwalk Judicial District, to the United States District Court for the District of Connecticut. In support of this Notice, Defendants state:

       1.      Defendants hereby appear solely for the purpose of removal and for no other purpose and reserve all defenses available to them, including but not limited to a lack of personal jurisdiction.

       2.      Plaintiff Daniel Lee ("Plaintiff") commenced this action on March 10, 2023, by filing a Summons and Complaint in the Superior Court of Connecticut, Stamford-Norwalk Judicial District.

       3.      Plaintiff purportedly served the Summons and Complaint on Defendants on or about March 10, 2023 and March 16, 2023. Defendants do not concede that the alleged service was valid or proper, and reserve the right to object to the alleged service as improper.

       4.      The Superior Court of Connecticut, Stamford-Norwalk Judicial District is located within the District of Connecticut.

5. Pursuant to 28 U.S.C. § 1446(a), an without conceding service was valid, a copy of all process, pleadings, and orders served upon Defendants, which papers include the Summons and Complaint, are attached as <u>Exhibit A</u>.

6. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) because it is a civil action in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

7. Based on a review of the Complaint, Plaintiff seeks damages in an amount exceeding $75,000.

8. The Complaint asserts claims against Defendants for breach of partnership, breach of a joint venture agreement, and breach of fiduciary duty. These claims lack merit.

9. While the Complaint does not specify the explicit amount of damages sought by Plaintiff, it does assert that based on the alleged conduct of Defendants, Plaintiff allegedly lost $282 million. (Compl. ¶ 41.)

10. Accordingly, while Defendants do not concede, and instead affirmatively dispute, that Plaintiff was damaged at all, the amount in controversy in this case exceeds $75,000.

11. Moreover, there is complete diversity of the parties as Defendants are citizens of New York, while Plaintiff has represented that he is a citizen of the State of Connecticut. A Disclosure Statement as required by the Local Rules of the District Court of Connecticut is attached hereto as <u>Exhibit B</u>.

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Stamford-Norwalk Judicial District and is being served on Plaintiff.

13. Defendants reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendants pray that the above action, now pending in the Superior Court of Connecticut, Stamford-Norwalk Judicial District, be removed to the United States District Court for the District of Connecticut.

Dated: March 31, 2023
       White Plains, New York

YANKWITT LLP

By: /s/ Russell M. Yankwitt

Russell M. Yankwitt
Michael H. Reed
140 Grand Street, Suite 705
White Plains, New York 10601
russell@yankwitt.com
michael@yankwitt.com
Tel: (914) 686-1500
Fax: (914) 487-5000
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Michael H. Reed, of Yankwitt LLP, hereby certify that on March 31, 2023, I caused the foregoing Notice of Removal to be served by email upon the following:

>Dylan P. Kletter
>Anthon J. Boccamazzo
>Brown Rudnick LLP
>185 Asylum Street
>Hartford, Connecticut 06103-3402
>dkletter@brownrudnick.com
>aboccamazzo@brownrudnick.com
>*Attorneys for Plaintiff*

Dated: White Plains, New York
March 31, 2023

Michael H. Reed